**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6443**

---

MILTON PARKS,

Plaintiff - Appellant,

versus

GARY R. MILLER; HARRY DAVIS, CPT.; MRS. CROUCH; OFFICER KILLIAN; CAROLYN DAVIS, Programmer; JOHN DOE, Grievance Examiner,

Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. James A. Beaty, Jr., District Judge. (1:04-cv-00487-JAB)

---

Submitted: June 15, 2006                    Decided: June 21, 2006

---

Before KING, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Milton Parks, Appellant Pro Se. Lisa Harper Graham, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milton Parks appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Parks v. Miller</u>, No. 1:04-cv-00487-JAB (M.D.N.C. Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>